

# Fourth Court of Appeals
## San Antonio, Texas

July 9, 2014

No. 04-14-00354-CV

Luz **CHAVEZ**, Individually, and as Representative of the States of Rudolph Chavez, Sr. (Deceased) and Rudolph Chavez, Jr. (Deceased), and as next friend of Joel Chavez,
Appellants

v.

**KANSAS CITY SOUTHERN RAILWAY COMPANY** and Jose Juarez,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2007-CVE-000347-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

The trial court clerk has filed a notification of late record stating that her other duties have precluded her from working on the record. We ORDER the trial court clerk to file the clerk's record on or before July 31, 2014.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court